PEOPLE *v.* KOOB.

INTOXICATING LIQUORS — SUNDAY-CLOSING LAW — RESTAURANT CONNECTED WITH SALOON.

A front room having on its door the signs "Lager Beer" and "Wines and Liquors," and connected by double doors with a room having a bar where liquors are stored, though nominally an eating room, is such a part of the saloon, where liquors are served indiscriminately in it or in the rear room during week days, as to warrant a conviction for keeping it open on Sundays.

Exceptions before judgment from Berrien; Coolidge, J. Submitted May 1, 1896. Decided May 19, 1896.

George Koob was convicted of keeping his saloon open on Sunday. Affirmed.

*Hammond & Hammond* (*James O'Hara*, of counsel), for appellant.

*N. A. Hamilton*, Prosecuting Attorney, for the people.

MONTGOMERY, J. The respondent was convicted of keeping his saloon open on Sunday. The facts were agreed upon and admitted in open court, and were that the respondent kept a restaurant and saloon, connected with double doors; the eating room being in the front portion of the building, and the bar, where liquors were stored, in the rear room. Liquors were, however, served indiscriminately in either room on week days. On the front door of the front room were signs, "Lager Beer," "Wines and Liquors." On the Sunday in question the front door was kept open, and meals were served therein. The sole question is whether the front room was part of the saloon, within the meaning of the statute. We think the question clearly ruled by *People* v. *Cox*, 70 Mich. 247; *People* v. *Hughes*, 97 Mich. 543.

Conviction affirmed.

GRANT, HOOKER, and MOORE, JJ., concurred. LONG, C. J., did not sit.